UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CR-00023-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JEROME LEPRICE MOBLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's unopposed motion to amend the judgment in this matter. (Doc. No. 41). The Government does not oppose Defendant's motion. Upon consideration of the relevant pleadings, and for good cause shown, the Court enters the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's unopposed motion for entry of amended judgment incorporating a time-served sentence and imposition of current standard conditions of supervised release, (Doc. No. 41), is **GRANTED**. The Court hereby **AMENDS** the judgment in this matter (Doc. No. 25) as follows:

1. Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED**.

2. Upon release from imprisonment, the Defendant shall be on supervised release for a term of **THREE YEARS** (including any time Defendant has already served on supervised release).

1

3. The conditions of Defendant's remaining term of supervised release shall be those provided by the current Standard Conditions of Supervised Release in the Western District of North Carolina. <u>See</u> Order, 3:21-mc-3 (W.D. N.C. Sept. 30, 2021). These changes to the conditions of Defendant's supervised release are reasonably related to the relevant factors, involve no greater deprivation of liberty than is reasonably necessary to accomplish their purposes, and are consistent with pertinent policy statements issued by the United States Sentencing Commission. 18 U.S.C. § 3583(d).

**SO ORDERED**.

Signed: July 8, 2024

Max O. Cogburn Jr
United States District Judge